# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| T'HEISHA CHANDLER, <br>     Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | CIVIL ACTION 16-00137-KD-C |
| SPEEDEE CASH OF ALABAMA, INC., <br>     Defendant. | ) <br> ) <br> ) | |

## STIPULATED JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

This case involves a claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., brought by Plaintiff T'Heisha Chandler against Defendant Speedee Cash of Alabama, Inc. The Parties have reached an agreement to resolve all claims in this case and seek Court approval of their settlement and an order of dismissal with prejudice.

Following an examination of the pleadings and terms of the settlement, this Court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability and the amount of alleged overtime compensation due, if any. Having reviewed the terms of the settlement agreed upon by the Parties, this Court finds that the settlement terms proposed by the Parties are fair and equitable to all involved and that their agreement is a fair and reasonable resolution of this bona fide dispute. Therefore, the Court approves the settlement and the Parties are hereby ordered to finalize the settlement.[1]

Based upon this resolution by the Parties, all claims Plaintiff has or may have arising out of or relating to this lawsuit, including, but not limited to, any claims under the FLSA for wages, overtime, liquidated damages, attorneys' fees, costs, expenses or other relief, award or damages

---

[1] *See* Order dated September 13, 2016 (Doc. 17).

are hereby resolved and **DISMISSED WITH PREJUDICE**. The Court does not retain jurisdiction to enforce the settlement agreement.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this **14th** day of **September 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**